UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUANA PEREZ,

                Plaintiff,

-against-

STATE OF NEW YORK, *et al.*,

                Defendants.

19-CV-8252 (LLS)

CIVIL JUDGMENT

By order dated April 30, 2020, the Court dismissed this action for failure to state a claim on which relief may be granted. The Court granted Plaintiff thirty days' leave to file an amended complaint, and notified Plaintiff that if she failed to file an amended complaint, the Court would enter judgment and close the matter. Plaintiff has not filed an amended complaint or otherwise communicated with the Court.

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  May 12, 2021
         New York, New York

                                            Louis L. Stanton
                                            U.S.D.J.